UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI D. MCLAUGHLIN,

    Plaintiff,

v.                                        Case No.  6:12-cv-1168-Orl-28TBS

ATTORNEY GENERAL, DEPARTMENT OF
JUSTICE,

    Defendant.

## ORDER

    This matter comes before the Court sua sponte.  On February 7, 2013, the Court entered its Order granting the motion of James L. Fuchs and Snider & Associates, LLC to withdraw as counsel for Plaintiff.  (Doc. 75).  The Court denied the motion on behalf of Allan E. Feldman because it appeared he was a Baltimore, Maryland lawyer who had not been admitted pro hac vice in this case.  (Id.)  According to the Court's admissions clerk, Feldman is a member of the Bar of the Middle District of Florida.  Accordingly, Feldman's motion to withdraw is GRANTED.  Feldman is TERMINATED as counsel of record for Plaintiff, and the Clerk of Court is directed to REMOVE Feldman's name from the CM/ECF service list.

    IT IS SO ORDERED.

    DONE AND ORDERED in Orlando, Florida, on February 8, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Plaintiff, pro se