UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI D. MCLAUGHLIN,

    Plaintiff,

v.                                               Case No. 6:12-cv-1168-Orl-28TBS

ATTORNEY GENERAL, DEPARTMENT OF
JUSTICE,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration (Doc. 109), of the Court's Order (Doc. 107), granting Defendant's motion to strike (Doc. 106). As grounds, Plaintiff alleges that she did not receive Defendant's motion to strike until after the Court had granted it. In its response, Defendant's counsel states that he believes he mailed a copy of the motion to strike to Plaintiff when it was filed but, that he does not oppose the motion for reconsideration. Upon due consideration, the motion for reconsideration is GRANTED. The Court WITHDRAWS its Order (Doc. 107), and grants Plaintiff 14 days from the date of this Order within to respond to the motion to strike (Doc. 106).

DONE AND ORDERED in Orlando, Florida, on January 21, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff, pro se
    All Counsel