UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI D. MCLAUGHLIN,

      Plaintiff,

v.                                                    Case No:   6:12-cv-1168-Orl-28TBS

ATTORNEY GENERAL, DEPARTMENT
OF JUSTICE,

      Defendant.

_____

## ORDER

Pending before the Court is Defendant's Opposed Motion to Strike Documents Attached to Plaintiff's Notice of Filing Unredacted Opposition, Documents, and Exhibits under Seal and Motion to File Plaintiff's Response with Agent Names Redacted.   (Doc. 106).   On January 6, 2014, the Court observed that Plaintiff had failed to file a response within the time allowed and entered an order granting Defendant's motions.   (Doc. 107). On January 14, 2014, Plaintiff filed a motion for reconsideration, stating that she "did not receive the Defendant's motion[s] until 12:26 p.m., on January 6, 2014." (Doc. 109).   The Court granted Plaintiff's motion for reconsideration, withdrew its order at docket entry 107, and gave Plaintiff until February 4, 2014 to respond to Defendant's motions.   (Doc. 112). Plaintiff has failed to respond and the time to do so has expired.   Therefore, upon due consideration, it is **ORDERED** that:

      1. Defendant's motions (Doc. 106) are **GRANTED**.

      2. The additional documents attached to Plaintiff's Response are **STRICKEN**;

      3. The clerk is directed to **REMOVE** the additional documents from the docket.

4. The Court will accept the redacted version of the Response that obscures the names of the ATF agents (Doc. 108) as Plaintiff's objection to the Report and Recommendation issued by the Court on November 27, 2013 (Doc. 101).

5. The Clerk is directed to **REMOVE** the original Response from the docket.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
*Pro se* Plaintiff