UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI D. MCLAUGHLIN,

    Plaintiff,

-vs-                                            Case No. 6:12-cv-1168-Orl-28TBS

ATTORNEY GENERAL, DEPARTMENT
OF JUSTICE,

    Defendant.

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 89) filed July 25, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection to the Report and Recommendation (Doc. No. 108)[1] and

---

[1] Plaintiff filed her response (objection) on December 13, 2013 under seal (Doc. No. 105). Plaintiff was not granted leave to do so. Defendant moved to strike the documents attached to the sealed response and to file an unredacted version of Plaintiff's response. (Doc. No. 106). After Plaintiff did not timely respond to the Motion to Strike, the Motion was granted (Doc. No. 107). Defendant then filed an unredacted version of Plaintiff's objection (Doc. No. 108) and a notice that it was waiving its right to file a response to Plaintiff's objection to the Report and Recommendation (Doc. No. 111). Eight days after Defendant filed a redacted version of Plaintiff's response, Plaintiff filed a Motion for Reconsideration (Doc. No. 109) on the order granting the Motion to Strike, claiming she did not receive a copy of the motion until the day the order granting it was entered. This Motion was granted, the Order at Doc. No. 107 was withdrawn, and Plaintiff was granted until February 4, 2014 to respond to Defendant's Motion to Strike (Doc. No. 112). Plaintiff once again failed to respond to the Motion to Strike. On February 27, 2014, the Magistrate Judge granted Defendant's Motion to Strike and accepted the redacted version of Plaintiff's response (Doc. No. 108) as her objection to the Report and Recommendation (Doc. No. 113).

acknowledging Defendant's waiver of its right to file a response to Plaintiff's objection (Doc. No. 111), Plaintiff's objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 27, 2013 (Doc. No. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Summary Judgment (Doc. No. 89) is **GRANTED**.

3. Summary Judgment is granted in favor of Defendant and against Plaintiff.

4. The Clerk of the Court is directed to enter judgment for Defendant and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party